David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Alissa Bodie,**<br><br>Plaintiff,<br><br>v.<br><br>**Trans Union, LLC and Synchrony Bank,**<br><br>Defendants. | Case No.: 2:16-cv-00498-NVW<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TRANS UNION, LLC ONLY** |

PLEASE TAKE NOTICE that Plaintiff and Defendant Trans Union, LLC ("Trans Union") hereby stipulate to dismiss **only** Trans Union from this action,

with prejudice, with each party to bear their own attorney's fees and costs. By the signature of its counsel below, Defendant Synchrony Bank confirms pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that it has no objection to Plaintiff's dismissal of Defendant Trans Union, LLC.

Respectfully submitted,

**Kazerouni Law Group**

Date: June 9, 2016                By: */s/ Ryan L. McBride*
                                  Ryan L. McBride
                                  Attorneys for Plaintiff


**Philip R. Wooten, PC**

Date: June 9, 2016                By: */s/ Philip R. Wooten*
                                  Philip R. Wooten
                                  Attorneys for Defendant Trans Union


**Gonzalez Law, LLC**

Date: June 9, 2016                By: */s/ Dinita L. James*
                                  Dinita L. James
                                  Attorneys for Defendant Synchrony