IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alissa Bodie,<br><br>             Plaintiff,<br><br>v.<br><br>Trans Union, LLC and Synchrony Bank,<br><br>             Defendants. | No. CV-16-0498-PHX-NVW<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Trans Union, LLC Only (Doc. 17), and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 17).

IT IS FURTHER ORDERED that Defendant Trans Union, LLC only is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 10th day of June, 2016.

Neil V. Wake
United States District Judge