David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Alissa Bodie,** | Case No.: 2:16-cv-00498-NVW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **Trans Union, LLC and Synchrony Bank,** | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ALISSA BODIE ("Plaintiff") and Defendant SYNCHRONY BANK ("Synchrony") has been resolved on an individual basis. The parties anticipate filing a Stipulation for

Dismissal of the Action as to the named Plaintiff's claims against Synchrony with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated as Synchrony was the sole remaining defendant in the case.

Respectfully submitted,

**Kazerouni Law Group**

Date: September 16, 2016         By: */s/ Ryan L. McBride*
                                 Ryan L. McBride
                                 Attorneys for Plaintiff

**Gonzalez Law, LLC**

Date: September 16, 2016         By: */s/ Dinita L. James*
                                 Dinita L. James
                                 Attorneys for Defendant Synchrony