IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alissa Bodie,<br><br>               Plaintiff,<br><br>v.<br><br>Trans Union, LLC and Synchrony Bank,<br><br>               Defendants. | No. CV-16-00498-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal of Defendant Synchrony Bank, only (Doc. 33).  Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 33).

IT IS FURTHER ORDERED dismissing this case with prejudice as to Defendant Synchrony Bank with each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of the Court to terminate this case.

Dated this 3rd day of January, 2017.

                                                    Neil V. Wake
                                       Senior United States District Judge